**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000589**
**04-JUN-2021**
**08:05 AM**
**Dkt. 55 OCOR**

NO. CAAP-19-0000589

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


NORMAN INOUE, AND ALL OTHERS SIMILARLY SITUATED,
Plaintiffs-Appellants, v.
HARBOR LEGAL GROUP AND LAW OFFICES OF G. ANTHONY UYTHAS,
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 19-1-0495)


ORDER OF CORRECTION
(By: Ginoza, Chief Judge for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on April 29, 2021, is hereby corrected as follows:

At page 3, the second line from the bottom, "Health" is misspelled in the case citation that states: Siopes v. Kaiser Found. Heath Plan, Inc.  The case name should read as follows:

Siopes v. Kaiser Found. Health Plan, Inc.

At page 6, six lines from the bottom, the case name "Allied-Bruce Terminix Cos. v. Dobson" is not italicized.  The case name should read as follows:

*Allied-Bruce Terminix Cos. v. Dobson*

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, June 4, 2021.

FOR THE COURT:

/s/ Lisa M. Ginoza
Chief Judge

---

[1]  Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.